*C. H. Griffin, D. K. Johnston,* contra.

---

### 16005.    SISSON *v.* THE STATE.

BLOODWORTH, J.    1. The special grounds of the motion for a new trial which properly present any question for determination by this court are without merit.

2. There is evidence to support the verdict, the trial judge has approved it, and this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 13, 1925.

Conviction of robbery; from Fulton superior court—Judge Howard. October 4, 1924.

*J. E. Garst, R. O. Lovett,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens, Ralph H. Pharr,* contra.